JOSHUA S. PECK et al., Respondents, *v.* JOHN WEBER Appellant.

(Argued February 3, 1879; decided April 1, 1879.)

DECIDED on the facts, and principally for the reasons stated in the opinions below.

*James M. Smith* for appellant.

*Osbron E. Bright* for respondent.

*Per Curiam mem.* for affirmance.
All concur.
Judgment affirmed.